UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| KINNEY WAYNE COMPTON, | ) | No. CV 06-02811—GW (VBK) |
| | ) | |
| Petitioner, | ) | ORDER (1) ACCEPTING AND ADOPTING |
| | ) | THE REPORT AND RECOMMENDATION OF |
| v. | ) | THE UNITED STATES MAGISTRATE |
| | ) | JUDGE, AND (2) DISMISSING THE |
| G. J. GIURBINO, | ) | AMENDED PETITION FOR WRIT OF |
| | ) | HABEAS CORPUS |
| Respondent. | ) | |
| | ) | |

Pursuant to 28 U.S.C. §636, the Court has made a <u>de novo</u> review of the Petition for Writ of Habeas Corpus ("Petition"), Respondent's Answer, Petitioner's Traverse, Petitioner's Amended Petition, Respondent's Answer to Amended Petition, Petitioner's Objections to the Report and Recommendation, all of the records herein and the Report and Recommendation of the United States Magistrate Judge ("Report").

**IT IS ORDERED** that: (1) the Court accepts and adopts the Report

//
//
//
//

1 | and Recommendation, (2) Judgment be entered dismissing the Amended
2 | Petition with prejudice.
3 |
4 | DATED: October 9, 2009
5 |                               GEORGE H. WU
                              UNITED STATES DISTRICT JUDGE